# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAVIER BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>MAGISTRATE JUDGE GEORGE W. FOLEY, JR.,<br><br>    Defendant. | Case No. 2:11-CV-01269-GMN-(LRL)<br><br>**ORDER** |

Plaintiff, who is a prisoner in custody at the Clark County Detention Center, see 28 U.S.C. § 1915(h), has submitted a civil rights complaint (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED this 15th day of August, 2011.

_____
GLORIA M. NAVARRO
United States District Judge